STATE OF MAINE
CUMBERLAND, ss.

Fe 24  3 03 FM '00   NM·CUM· 2/24/2000

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-99-69

JANET D. BRAND and
PETER B. BRAND,

        Plaintiffs/Appellants

vs.

TOWN OF BRUNSWICK,

        Defendant/Appellee

ORDER

DONALD L. GARBRECHT
LAW LIBRARY

FEB 29 2000

Before the court are the plaintiffs' motion to extend time for appeal, plaintiffs' motion to specify course of proceedings, and defendant's motion to dismiss.

As stated on the record at argument, the plaintiffs have not shown excusable neglect to justify filing their complaint beyond the statutory period. See 30-A 2691(3)(G) (1996); M.R. Civ. P. 6(b); Caron v. City of Auburn, 567 A.2d 66, 67 (Me. 1989) (showing of excusable neglect required when motion for enlargement filed after expiration of time for filing appeal).

With regard to the defendant's motion to dismiss, the court agrees that counts I and II of the complaint must be dismissed as filed in an untimely fashion. The court further agrees that count IX, in which the plaintiffs seek declaratory and injunctive relief with regard to the same issues raised in counts I and II, does not state an independent claim for relief. See Fitanides v. Perry, 537 A.2d 1139, 1141 (Me. 1988) (declaratory and injunctive relief available in 80B proceeding).

In counts III-VIII, the plaintiffs allege that the defendant's zoning ordinance does not comply with the Town Charter, the Shoreland Zoning Act, and other statutes and regulations; and that the zoning ordinance and the Shoreland Zoning Act are unconstitutional. The factual allegations appear to be the same for all counts. The relief sought is a declaration that the notice and order issued to plaintiff Janet Brand, the zoning ordinance, and the Shoreland Zoning Act are void together with damages. Plaintiffs' entire request for relief could have been reviewed and remedied through the process of direct review pursuant to M.R. Civ. P. 80B. See Colby v. York County Commissioners, 442 A.2d 544, 547-48 (Me. 1982).

The entry is

> The Plaintiffs' Motion to Extend Time for Appeal is DENIED.
>
> The Plaintiffs' Motion to Specify Course of Proceedings is MOOT.
>
> The Defendant's Motion to Dismiss the Plaintiffs' Complaint is GRANTED. The Plaintiffs' Complaint is DISMISSED with prejudice.

The clerk is directed to incorporate this order into the docket by reference.

Dated: February 24, 2000

Nancy Mills
Justice, Superior Court

2

Date Filed ____08-24-99____    CUMBERLAND    Docket No. _AP99-69_
                                  County

Action ____80B APPEAL____

                                                TOWN OF BRUNSWICK
                                                STATE OF MAINE
                    JANET D. BRAND    DONALD L. GARBRECHT
                                      LAW LIBRARY    THOMAS J. WAKEFIELD
                    PETER B. BRAND                                JAMES CONNCELLAN
                                                JOHN RICHARDSON
                                     FEB 29 2000    KENDALL AMES
                                                NORMAN RATTEY
                                        vs.     JOHN POUTREE

Plaintiff's Attorney                            Defendant's Attorney

DOUGLAS HENDRICK, ESQ  625-4531                 PATRICK SCULLY ESQ (Rep. All but State of M
PO BOX 571, CORNISH ME  04020                   PO BOX 9729, PORTLAND MAINE  04104
                                                774-1200